

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2022

No. 04-22-00508-CR

William James **HODGE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR9880
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

On November 3, 2022, we abated this appeal for the trial court to supplement the record with a Rule 25.2 certification of Appellant's right to appeal. *See* TEX. R. APP. P. 25.2(d).

On December 8, 2022, a supplemental clerk's record was filed with a certification verifying that "this criminal case . . . is not a plea-bargain case, and the defendant has the right of appeal."

We reinstate the appellate timetable. The reporter's record is due fourteen days from the date of this order. *See* TEX. R. APP. P. 35.2(b), 35.3(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2022.



Michael A. Cruz,
Clerk of Court